**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                    CR 07-686-R
Defendant **JUSTIN DOUGLAS ORTMANN**               S.S.#-------5648

Residence: _____N/A_____                          Mailing: _____SAME_____

---

**JUDGMENT AND PROBATION/COMMITMENT ORDER**
Pursuant to Mandate of U.S.C.A. 9th Circuit Remanding for Re-Sentencing

---

In the presence of the attorney for the government, the defendant appeared in person, on: _____JULY 27, 2009_____
                    Month / Day / Year

COUNSEL:
   ____ WITHOUT COUNSEL
         However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
   _XX_ WITH COUNSEL Howard Beckler, retained

X PLEA:
   _XX_ GUILTY, and the Court being satisfied that there is a factual basis for the plea.
   ____ NOLO CONTENDERE         ____ NOT GUILTY

FINDING:
   There being a jury verdict of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: Possession of Child Pornography in violation of Title 18 USC 2252A(a)(5)(B) as charged in single-count information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant:

   Is hereby sentenced to a term of Probation for five (5) years.
   IT IS FURTHER ADJUDGED that the following terms and conditions of Probation shall apply: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) during the period of community supervision, shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment; 3) shall refrain from any unlawful use of a controlled substance, and shall submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, not to exceed 8 tests per month, as directed by the Probation Officer; 4) shall participate in outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer, and shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; 5) during

-- GO TO PAGE TWO --                               _____WH_____
                                                    Deputy Clerk

```
U.S.A. V. JUSTIN DOUGLAS ORTMANN                           CR 07-686-R
-- CONTINUED FROM PAGE ONE --                              PAGE TWO
======================================================================
              JUDGMENT AND PROBATION/COMMITMENT ORDER
======================================================================
```
the course of supervision, with the agreement of the defendant and
defense counsel, the Probation Officer may place the defendant in a
treatment of narcotic addiction or drug dependency, which may include
counseling and testing, to determine if the defendant has reverted to
the use of drugs, and the defendant shall reside in the treatment
program until discharged by the Program Director and Probation Officer;
6) shall participate in a psychological/psychiatric counseling and/or
a sex offender treatment program, which may include inpatient treatment
as approved and directed by the Probation Officer; the defendant shall
abide by all rules, requirements, and conditions of such program,
including submission to risk assessment evaluations and psychological
testing, such as polygraph, plethysmograph, and Abel testing; 7) shall,
as directed by the Probation Officer, pay all or part of the costs of
treating the defendant's substance abuse and psychological/psychiatric
disorder(s) to the aftercare contractor during the period of community
supervision, pursuant to 18 USC 3672, and the defendant shall provide
payment and proof of payment as directed by the Probation Officer; 8)
shall register with the state sex offender registration agency in any
state where the defendant resides, is employed, carries on a vocation,
or is a student, as directed by the Probation Officer; 9) shall
cooperate in the collection of a DNA sample from the defendant; 10)
shall not own, use or have access to the services of any commercial
mail-receiving agency, nor shall he open or maintain a post office box,
without the prior approval of the Probation Officer; 11) shall not
affiliate with, own, control, and/or be employed in any capacity by a
business whose principal product is the production and/or selling of
materials depicting and/or describing "sexually explicit conduct" as
defined at 18 USC 2256(2); 12) employment shall be approved by the
Probation Officer, and any change in employment must be pre-approved
by the Probation Officer, and defendant shall submit the name and
address of the proposed employer to the Probation Officer at least 10
days prior to any scheduled change; 13) residence shall be approved by
the Probation Officer, and any change in residency must be pre-approved
by the Probation Officer, and the defendant shall submit the name and
address of the proposed residence to the Probation Officer at least 10
days prior to any scheduled move; 14) shall not access or possess any
computer or computer-related devices in any manner, or for any purpose;
15) shall not possess any materials, including pictures, photographs,
books, writings, drawings, videos, or video games, depicting and/or
describing "sexually explicit conduct," as defined at 18 USC 2256(2);
and, 16) shall not possess any materials, including pictures,
photographs, books, writings, drawings, videos, or video games,
depicting and/or describing child pornography as defined at 18 USC
2256(8).

-- GO TO PAGE THREE --                                      _____WH_____

                                                          Deputy Clerk


```
U.S.A. V. JUSTIN DOUGLAS ORTMANN                         CR 07-686-R
-- CONTINUED FROM PAGE TWO --                            PAGE THREE
===========================================================
            JUDGMENT AND PROBATION/COMMITMENT ORDER
===========================================================
```

    IT IS FURTHER ORDERED that defendant shall serve two thousand (2,000) hours of community service during the probationary period.

    IT IS FURTHER ORDERED that defendant shall report in person to the Court at least every 120 days upon notice given by the Probation Officer.

    IT IS FURTHER ORDERED that defendant pay to the United States a special assessment of $100.00, which is due immediately.

<sub>In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.</sub>

Signed by:   District Judge   _____/s/ Real_____
                                    **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                                 Terry Nafisi, Clerk of Court

Dated/Filed      July 28, 2008       By_____/S/_____
                 Month / Day / Year          William Horrell, Deputy Clerk

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐     The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution- pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By

_____                _____
Date                           Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By

_____                _____
Filed Date                     Deputy Clerk

---

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____                _____
Defendant                               Date

_____                          _____
U. S. Probation Officer/Designated Witness   Date